# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:10-CV-467-FDW-DCK

| | |
|---|---|
| LISA JACKSON, Individually, and<br>LISA A. JACKSON, as Executrix of the<br>Estate of Eric P. Jackson, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY, a corporation,<br><br>    Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) concerning Alycen A. Moss, filed October 1, 2010. Moss seeks to appear as counsel *pro hac vice* for Defendant American General Life Insurance Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Moss is admitted to appear before this court *pro hac vice* on behalf of Defendant American General Life Insurance Company.

Signed: October 4, 2010

David C. Keesler
United States Magistrate Judge